UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| In Re: | Case No.: |  23-21897-JNP |
|---|---|---|
| Ronald O. Daisey, Jr. & Kimberly T. Daisey, | Chapter: | 13 |
| Debtors. | Hearing Date: | 3/6/2024 |
|  | Judge: | Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒ Settled            ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date: 03/05/2024            /s/ Denise Carlon
                           Signature

*rev.8/1/15*