Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−21897−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald O. Daisey Jr
aka Ronald Owen Daisey Jr
433 First Ave
Bellmawr, NJ 08031

Kimberly T. Daisey
aka Kimberly Theresa Daisey
433 First Ave
Bellmawr, NJ 08031

Social Security No.:
xxx−xx−0975                                xxx−xx−6907

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2024.

Dated: March 6, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ronald O. Daisey, Jr  
Kimberly T. Daisey  
    Debtors

Case No. 23-21897-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 06, 2024      Form ID: plncf13      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald O. Daisey, Jr, Kimberly T. Daisey, 433 First Ave, Bellmawr, NJ 08031-1408 |
| 520182623 | + | Ellen Loux, 425 Roberts Ave, Bellmawr, NJ 08031-1404 |
| 520121558 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Po Box 283, Trenton, NJ 08602-0283 |
| 520121557 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520125232 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2024 21:28:44 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520180597 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2024 21:39:33 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520121549 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2024 21:18:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520121550 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2024 21:27:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520158788 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2024 21:38:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520174321 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 21:39:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520121552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2024 21:39:05 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520126832 | | Email/Text: mrdiscen@discover.com | Mar 06 2024 21:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520121553 | + | Email/Text: mrdiscen@discover.com | Mar 06 2024 21:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520121554 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2024 21:19:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |

Case 23-21897-JNP    Doc 21    Filed 03/08/24    Entered 03/09/24 00:18:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: plncf13 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 520160682 | Email/Text: JCAP_BNC_Notices@jcap.com<br>Mar 06 2024 21:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520121551 | Email/PDF: ais.chase.ebn@aisinfo.com<br>Mar 06 2024 21:28:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 520144118 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com<br>Mar 06 2024 21:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520174201 | Email/PDF: resurgentbknotifications@resurgent.com<br>Mar 06 2024 21:39:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520121555 | Email/Text: camanagement@mtb.com<br>Mar 06 2024 21:19:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520171653 | Email/Text: camanagement@mtb.com<br>Mar 06 2024 21:19:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520182683 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Mar 06 2024 21:39:46 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520121556 | + Email/Text: clientservices@remexinc.com<br>Mar 06 2024 21:19:00 | Remex Inc, Attn: Bankruptcy 307 Wall Street, Princeton, NJ 08540-1515 |
| 520121559 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Mar 06 2024 21:26:41 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520121560 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Mar 06 2024 21:28:08 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520121561 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Mar 06 2024 21:28:39 | Syncb/Walmart Dc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520121562 | + Email/PDF: ais.sync.ebn@aisinfo.com<br>Mar 06 2024 21:28:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520121563 | + Email/PDF: ais.sync.ebn@aisinfo.com<br>Mar 06 2024 21:28:40 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520121564 | + Email/Text: synovusbankruptcy@synovus.com<br>Mar 06 2024 21:20:00 | Synovus Bank, Attn: Bankruptcy 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 520121565 | + Email/Text: bncmail@w-legal.com<br>Mar 06 2024 21:19:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520121566 | + Email/Text: bankruptcy@bbandt.com<br>Mar 06 2024 21:19:00 | Truist, Attn: Bankruptcy Attn: Bankruptcy, 214 N Tryon St , Suite 3, Charlotte, NC 28202-1023 |
| 520136355 | + Email/Text: bankruptcy@bbandt.com<br>Mar 06 2024 21:19:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520183025 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com<br>Mar 06 2024 21:19:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 520121567 | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Mar 06 2024 21:19:00 | US Bank, Attn: Bankruptcy, P.O. Box 5229, Cincinnati, OH 45201-5229 |
| 520169223 | + Email/PDF: ebn_ais@aisinfo.com<br>Mar 06 2024 21:27:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520164298 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Mar 06 2024 21:27:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520121568 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Mar 06 2024 21:27:08 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 34

# BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: plncf13 | Total Noticed: 38 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520174202 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Kimberly T. Daisey ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Ronald O. Daisey  Jr ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5