UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Ronald Daisey, Jr.
Kimberly Daisey

Case No.: 23-21897 JNP

Chapter:    13

Hearing Date:

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Michael Saie:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __3/11/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: notice of amendment, notice of bankruptcy filing, modified plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 3/11/2024                                             /s/ Michael Saie

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Ellen Loux<br>425 Roberts Ave<br>Bellmawr, NJ 08031 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.