Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-21897 (JNP)**

Monthly Payment: $1,227.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Ronald O. Daisey, Jr. and Kimberly T. Daisey
433 First Avenue
Bellmawr, NJ 08031

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2025 | $1,185.00 | 02/03/2025 | $1,185.00 | 03/07/2025 | $1,185.00 | 04/07/2025 | $1,185.00 |
| 05/07/2025 | $1,185.00 | 06/09/2025 | $1,185.00 | 07/14/2025 | $1,185.00 | 08/08/2025 | $1,185.00 |
| 09/09/2025 | $1,185.00 | 10/08/2025 | $1,185.00 | 11/07/2025 | $1,185.00 | 12/08/2025 | $1,185.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RONALD O. DAISEY, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,337.00 | $3,337.00 | $0.00 | $3,337.00 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $1,096.60 | $391.09 | $705.51 | $149.91 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $2,946.59 | $1,050.85 | $1,895.74 | $402.81 |
| 4 | CITIBANK, N.A. | 33 | $3,689.33 | $1,315.74 | $2,373.59 | $504.36 |
| 5 | DISCOVER BANK | 33 | $17,785.34 | $6,342.91 | $11,442.43 | $2,431.37 |
| 6 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | M & T BANK | 24 | $1,107.09 | $1,107.09 | $0.00 | $1,107.09 |
| 8 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,489.43 | $531.18 | $958.25 | $203.62 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,726.39 | $4,182.07 | $7,544.32 | $1,603.08 |
| 13 | CAPITAL ONE, N.A. | 33 | $6,160.62 | $2,197.10 | $3,963.52 | $842.18 |
| 14 | LVNV FUNDING, LLC | 33 | $369.88 | $131.91 | $237.97 | $50.56 |
| 15 | LVNV FUNDING, LLC | 33 | $3,478.68 | $1,240.63 | $2,238.05 | $475.55 |
| 16 | SYNOVUS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TARGET NB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WELLS FARGO BANK, N.A. | 33 | $4,474.22 | $1,595.68 | $2,878.54 | $611.66 |
| 22 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | KIMBERLY T. DAISEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | RONALD O. DAISEY JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | VERIZON BY AMERICAN INFOSOURCE | 33 | $124.78 | $39.51 | $85.27 | $17.06 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2024 | 2.00 | $0.00 |
| 03/01/2024 | Paid to Date | $2,370.00 |
| 04/01/2024 | 57.00 | $1,227.00 |
| 01/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,220.00 |
| Total paid to creditors this period: | $11,736.25 |
| Undistributed Funds on Hand: | $1,071.49 |
| Arrearages: | $882.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**